# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMBER MACHOWSKI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FARID YEAWARY, an Individual; NEELOFAR YEAWARY, an Individual; ARIA ORANGE COUNTY PROPERTIES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 8:20-cv-01776-JLS-ADS<br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

The Court, having considered Plaintiff's Request for Dismissal (Doc. 35), ORDERS that Plaintiff Amber Machowski's action against Defendants Farid Yearwary, Neelofar Yeawary, and Aria Orange County Properties LLC is dismissed with prejudice pursuant to Fed. R. Civ. P. 41. Each party will be responsible for its own fees and costs.

Dated: February 24, 2021

Hon. Josephine L. Staton
United States District Judge